Case 4:23-cv-00139   Document 61   Filed on 11/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, AS SUBROGATED TO THE INTERESTS OF GOODMAN GLOBAL GROUP, INC. and GOODMAN MANUFACTURING COMPANY, L.P.<br><br>Plaintiff,<br><br>v.<br><br>C.H. ROBINSON FREIGHT SERVICES, LTD. d/b/a C.H. ROBINSON FREIGHT SERVICES (SINGAPORE) PTE., LTD; C.H. ROBINSON INTERNATIONAL, INC.; PREMIER EXPEDITORS, INC. d/b/a PEI, INC.; WORLDWIDE FLIGHT SERVICES, INC.; KRL HOTSHOT SERVICES, LLC; TT EXPRESS INC. and EVA AIRWAYS CORPORATION,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | Case No.: 4:23-cv-00139 |

**ORDER**

This case has been settled. The above numbered cause of action, and all counterclaims, and crossclaims that have been, or could have been, filed in this case are dismissed with prejudice, with each party to bear their respective costs of court and attorney's fees.

Signed this  27th  day of      November     , 2023.

_____
UNITED STATES DISTRICT JUDGE